UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES REINSURANCE UK PLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IN AND OUT FASHION, INC.,<br><br>　　　　　Defendant. | Case No.  2:15-cv-05889-CAS-MRW<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

FOR GOOD CAUSE SHOWN, the Protective Order described in the Stipulation for Entry of Protective Order between Plaintiff Great Lakes Reinsurance UK PLC and Defendant In and Out Fashion, Inc. filed on April 8, 2016, is hereby entered.

Dated: April _8_, 2016            _/s/ Michael R. Wilner_
　　　　　　　　　　　　　　　　~~Hon. Christina A. Snyder~~
　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT~~ JUDGE